FILED
2026 JUN 22 PM 12:21
CLERK
U.S. DISTRICT COURT

MELISSA HOLYOAK, United States Attorney (#9832)
JONATHAN STOWERS, Assistant United States Attorney (#16374)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2176
Telephone: (801) 325-3235

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN CARLOS PALACIOS-RODRIGUEZ,<br><br>Defendant. | Case No.<br><br>INFORMATION<br><br>VIO. 8 U.S.C. § 1326<br><br>(REENTRY OF A PREVIOUSLY REMOVED ALIEN) |

Case: 2:26−cr−00228
Assigned To : Stewart, Ted
Assign. Date : 6/22/2026
Description: USA v Palacios−Rodriguez

The United States Attorney charges:

COUNT I

On or about June 8, 2026, in the District of Utah,

JUAN CARLOS PALACIOS-RODRIGUEZ,

the defendant herein, an alien who on or about June 20, 2007, October 29, 2018, and December 4, 2019, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland

Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 22nd day of June 2026.

MELISSA HOLYOAK
United States Attorney

FOR:____________________________
JONATHAN STOWERS
Assistant United States Attorney